

# IN THE CIRCUIT COURT OF JACKSON COUNTY, ARKANSAS
## CIVIL DIVISION

ELAINE POWELL AND LARRY POWELL            PLAINTIFFS
HER HUSBAND

VS.         No. CV 2015-114

WALGREEN CO., d/b/a WALGREEN STORE #11161
AND JOHN DOE #1            DEFENDANTS

## COMPLAINT

COME the Plaintiffs, Elaine Powell and Larry Power, her husband, by their attorneys, Watson & Watson, and for their cause of action against the Defendants, Walgreen Co., an Arkansas corporation, d/b/a Walgreen Store #11161 and John Doe, states and alleges as follows:

1. That the Plaintiffs are individuals and residents of Jackson County, Arkansas and were so on the 11th day of September, 2012; that the events complained of herein occurred in Jackson County, Arkansas on September 11, 2012; that the Defendant, Walgreen Co., is a foreign corporation authorized to do business and doing business within the State of Arkansas, and having as its agent

1

for service of process The Prentice-Hall Corporation System, Arkansas, 300 Spring Building, Suite 900, 300 S Spring Street, Little Rock, AR 72201; that to the best of the knowledge and belief of the Plaintiffs, John Doe is an individual and resident of Jackson County, Arkansas.

2.  That on or about the 11th day of September, 2012 the Plaintiff, Elaine Powell, was a business invitee in Walgreen Store #11161, Newport, Jackson County, Arkansas; while there, the said Elaine Powell contracted for a pneumonia vaccine injection, and paid the price for same; the injection was performed by John Doe, who at the time was an employee of the Defendant, Walgreen Co., and was acting within the scope and course of his employment.

3.  That John Doe owed a duty of ordinary care to Elaine Powell in performing the injection of the vaccine, and failed to use ordinary care in so doing; as a result he caused excruciating pain and suffering on the part of Elaine Powell, which continues through this date; that the administration of said injection in the manner done was negligent, which negligence is imputed to Walgreen Co.; that in the alternative, the defendant Walgreen owed a duty to its business invitees to employ individuals to administer such vaccine injections using ordinary care, and that it failed to do so, and is therefore liable for the damages caused to the plaintiffs.

4. That as a direct consequence of said negligence, the Plaintiff, Elaine Powell, has been damaged; that said damages consist of lost income, medical charges, drug bills, excruciating pain and suffering, and other damages in an unspecified amount, but which damages are in excess of the amount required for Federal Court Jurisdiction.

5. That the Plaintiff, Larry Powell, has been damaged for the reason that his wife, Elaine Powell, was and is his partner in a business, and he suffered financial loss as a result of the loss of services of the said Elaine Powell.

**WHEREFORE**, Plaintiffs pray judgment against the Defendants, jointly and severally, in a sum in excess of the amount required for Federal Court Jurisdiction in diversity of citizenship cases, and for any other relief to which they may be entitled.

ELAINE POWELL AND LARRY POWELL, PLAINTIFFS

BY: _____
TIMOTHY F. WATSON, SR.
WATSON & WATSON
ATTORNEYS FOR PLAINTIFFS
209 WALNUT STREET
NEWPORT, AR 72112
870-523-8420