IN THE CIRCUIT COURT OF JACKSON COUNTY, ARKANSAS
CIVIL DIVISION

ELAINE POWELL AND LARRY POWELL            PLAINTIFFS
HER HUSBAND

VS.           No. CV2015-114

WALGREEN CO., d/b/a WALGREEN STORE #11161
AND DOUG CUTSINGER           DEFENDANTS

## AMENDMENT TO COMPLAINT

**COME** the Plaintiffs, Elaine Powell and Larry Power, her husband, by their attorneys, Watson & Watson, and for their Amendment to Complaint, states:

1. That they re-allege and re-aver each and every allegation as set out in their original Complaint filed herein, except as amended hereby.

2. That the individual employee who administered the vaccination shot as described in the original Complaint filed herein was Doug Cutsinger, who therefore should replace John Doe #1 as an additional Defendant herein.

**WHEREFORE,** Plaintiffs pray as in their original Complaint, as amended hereby, and for any other relief to which they may be entitled.

1

ELAINE POWELL AND LARRY POWELL, PLAINTIFFS

BY: _____
TIMOTHY F. WATSON, SR.
WATSON & WATSON
ATTORNEYS FOR PLAINTIFFS
209 WALNUT STREET
NEWPORT, AR 72112
870-523-8420