IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ELAINE POWELL; and
LARRY POWELL                                                              PLAINTIFFS

v.                          No. 1:16-cv-4-DPM

WALGREEN CO.; and
DOUG CUTSINGER                                                          DEFENDANTS

ORDER

The complaint in this removed case is spread over several filings. № 2-4. Likewise the answers. № 5-10. To make things clearer, and to honor Local Rule 5.5(e), the Powells must file a stand-alone third amended complaint by 12 February 2016. Walgreens and Cutsinger must file stand-alone answers — or a shared answer if they wish — by 26 February 2016. All the new pleadings should cover only already pleaded ground.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 January 2016