IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ELAINE POWELL and
LARRY POWELL                                                              PLAINTIFFS

v.                              No. 1:16-cv-4-DPM

WALGREEN CO., d/b/a/
Walgreens Store #11161 and
DOUG CUTSINGER                                                            DEFENDANTS

ORDER

The Powells have informally told the Court that they have settled. Congratulations. The Initial Scheduling Order, № 12, and the Court's housekeeping Order, № 13, are suspended. The Court will dismiss the case with prejudice unless some party seeks relief before 24 February 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2016