IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ELAINE POWELL and
LARRY POWELL                                                                PLAINTIFFS

v.                          No. 1:16-cv-4-DPM

WALGREEN CO., d/b/a/
Walgreens Store #11161 and
DOUG CUTSINGER                                                          DEFENDANTS

## JUDGMENT

The second amended complaint is dismissed with prejudice. FED. R. CIV. P. 41(a)(1)(A)(ii).


_____
D.P. Marshall Jr.
United States District Judge

22 February 2016